1  H. DOUGLAS GALT - State Bar No. 100756
   dgalt@woollspeer.com
2  **WOOLLS & PEER**
   A Professional Corporation
3  One Wilshire Boulevard, 22nd Floor
   Los Angeles, California 90017
4  Telephone:   (213) 629-1600
   Facsimile:   (213) 629-1660
5
6  Attorneys for Plaintiff/Cross-defendant
   ProCentury Insurance Company
7
8
9                **UNITED STATES DISTRICT COURT**
10               **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| ProCentury Insurance Company, | Case No.:  SACV13- 311 JLS (JPRx) |
| Plaintiff, | Assigned to the Hon. Josephine L. Staton |
| v. | |
| Slobodan Cuk, | **ORDER ON STIPULATION REGARDING THE PRODUCTION OF CONFIDENTIAL DOCUMENTS** |
| Defendant. | |
| Slobodan Cuk, | Complaint Filed:  February 21, 2013 |
| Cross-complainant, | |
| v. | |
| ProCentury Insurance Company, and DOES 1-10 inclusive, | |
| Cross-defendants. | |

23       The Court, having considered the Stipulation regarding the Production of Confidential

24  Documents, hereby orders that all confidential documents produced in this matter follow the

25  procedure outlined in the Stipulation regarding the Production of Confidential Documents, **as**

26  **modified by the Court (see attached modified Stipulation).**

27  DATED:  October 29, 2013          By: _____

28                                         HON. JEAN P. ROSENBLUTH

1

[CASE NO.:  SACV13- 311 JLS (JPRX)]
ORDER RE STIPULATION REGARDING PRODUCTION OF CONFIDENTIAL DOCUMENTS

ERROR! MAIN DOCUMENT ONLY. ERROR! MAIN DOCUMENT ONLY. WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard 22nd Floor

ERROR! MAIN DOCUMENT ONLY. ERROR!
MAIN DOCUMENT ONLY. WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor

H. DOUGLAS GALT - State Bar No. 100756
dgalt@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660

Attorneys for Plaintiff/Cross-defendant
ProCentury Insurance Company

\* Note Changes Made by the Court \*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ProCentury Insurance Company,<br><br>            Plaintiff,<br><br>     v.<br><br>Slobodan Cuk,<br><br>            Defendant. | Case No.:  SACV13- 311 JLS (JPRx)<br><br>Assigned to the Hon. Josephine L. Staton<br><br>**STIPULATION REGARDING THE PRODUCTION OF CONFIDENTIAL DOCUMENTS**<br><br>Complaint Filed:  February 21, 2013 |
| Slobodan Cuk,<br><br>            Cross-complainant,<br><br>     v.<br><br>ProCentury Insurance Company, and DOES 1-10 inclusive,<br><br>            Cross-defendants. | |

     Plaintiff and Cross-defendant ProCentury Insurance Company ("ProCentury") and Defendant and Cross-complainant Slobodan Cuk ("Cuk") (collectively the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

     1.     Cuk has or will serve requests for documents that ProCentury contends are confidential and proprietary. ProCentury has or will serve requests for

1

documents that Cuk contents are confidential and proprietary.  The Parties will label such documents as "Confidential."

2.   The Parties are willing to accommodate requests that the materials be maintained as confidential and not made public or put to use outside the context of this litigation.

3.   The Parties therefore agree the confidential documents to be produced by shall be handled as follows:

a.   The Parties shall designate the confidential documents as confidential by clearly labeling, stamping or otherwise marking the front page and each page of the designated Confidential Material containing confidential information with the legend "CONFIDENTIAL".

b.   Information disclosed regarding Confidential Documents at the deposition of any witnesses may likewise be designated as Confidential by either ProCentury or Cuk by indicating on the record at the deposition that the information is Confidential and subject to the provisions of this Order.

c.   Confidential materials shall be accessible only to the following:

(1) Parties to the present action.

(2) The Court, court personnel, and court reporters or videographers or any of their personnel involved in the adjudicative process in connection with the present action, including mediators and/or arbitrators and their personnel;

(3) Counsel of record and their staff;

(4) Any person employed by a party or its attorney of record in this litigation or jointly by the parties as an independent expert who agrees in writing to be bound by the terms of this Protective Order;

(5) Witnesses at any deposition, and witnesses or potential witnesses at a hearing or trial in the present action; and

ERROR! MAIN DOCUMENT ONLY. ERROR! MAIN DOCUMENT ONLY. WOOLLS & PEER

A Professional Corporation
One Wilshire Boulevard, 22nd Floor

2

(6) Employees of imaging and copying or microfilming services utilized with respect to the present action or the prosecution or defense thereof.

d.      In the event that material or information designated as Confidential is demanded from a receiving party by way of legal process, the receiving party shall immediately notify the designating party by telephone and in writing of the demand and, absent court order, shall not produce the confidential material or information for at least fourteen (14) days.  The notice given to the designating party shall be given before any production or disclosure of Confidential information so as to allow sufficient time for the designating party to challenge or resist such production or disclosure.

DATED: October     , 2013

Respectfully submitted,

WOOLLS & PEER
A Professional Corporation


H. DOUGLAS GALT
Attorneys for Plaintiff/Cross-defendant
ProCentury Insurance Company

DATED: October     , 2013

Respectfully submitted,

BAYUK & ASSOCIATES, INC.


CHRISTOPHER W. BAYUK
Attorneys for Defendant/Cross-complainant
Slobodan Cuk

3